WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Designee LLC, | No. CV-17-02794-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Honda Aircraft Company LLC, et al., | |
| Defendants. | |

**IT IS ORDERED** that in the response and reply to the motion to dismiss, Plaintiff and Defendants shall address whether this Court has subject matter jurisdiction over this case. *See Rains v. Criterion Sys., Inc.,* 80 F.3d 339, 346 (9th Cir. 1996) (noting that a state law tort claim alleging violations of state and federal law does not confer federal question jurisdiction).

**IT IS FURTHER ORDERED** that Defendants are reminded that under General Order 17-08 (Doc. 4), filing a motion to dismiss does not extend the time to answer.

Dated this 23rd day of August, 2017.

James A. Teilborg
Senior United States District Judge